UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 08, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JERRY ALLEN CAMPBELL,

Defendant.

Case No. 2:16-mj-00076-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JERRY ALLEN CAMPBELL ,

Case No.  2:16-mj-00076-CKD  from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $ 25,000, cosigned by brother.

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X**   (Other): Report to Pretrial Services at 9:00 A.M. on 4/11/2016

Issued at Sacramento, California on April 08, 2016 at  2:35 pm

By:  _(signature)_

Magistrate Judge Carolyn K. Delaney